**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**NEXCOM, INC.,**<br><br>    Defendant. | Case No. 2:12-cv-130<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day the Court considered the Plaintiff's Notice of Dismissal Without Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (the "Notice"). Based on the Notice and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby ORDERED, ADJUDGED and DECREED that Defendant Nexcom, Inc. (a Texas corporation), is hereby dismissed from this action, without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 6th day of July, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE